B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>Central District of California | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>AP-Long Beach Airport LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>33-0853321 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>14770 Firestone Blvd., Suite 206<br>La Mirada, CA<br>ZIP CODE 90638 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Los Angeles | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- ☐ Health Care Business
- ☑ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box.)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box.)

- ☑ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (04/13)                                                                                      Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** AP-Long Beach Airport LLC |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: -None- | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: Central District of California | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)        (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐    Yes, and Exhibit C is attached and made a part of this petition.

☑    No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐    Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐    Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐    Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)                                                                                                Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | AP-Long Beach Airport LLC |

| Signatures | |
|---|---|

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
 Signature of Debtor

X _____
 Signature of Joint Debtor

_____
 Telephone Number (if not represented by attorney)

_____
 Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
 (Signature of Foreign Representative)

_____
 (Printed Name of Foreign Representative)

_____
 Date

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|

X _____
 Signature of Attorney for Debtor(s)
 Alan J. Friedman
 Printed Name of Attorney for Debtor(s)
 Irell & Manella LLP
 Firm Name

 840 Newport Center Drive, Suite 400
 Newport Beach, CA 92606
 Address
 949-760-0991
 Telephone Number
 12/19/2014
 Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
 Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
 Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
 Address

X _____
 Signature

_____
 Date

| Signature of Debtor (Corporation/Partnership) | |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
 Signature of Authorized Individual
 Donald G. Abbey
 Printed Name of Authorized Individual
 Gov. Member of Managing Member of Manager & Mem.
 Title of Authorized Individual
 12/19/14
 Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B1 (Official Form 1) (04/13)                                                                                                  Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** AP-Long Beach Airport LLC |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |

| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X _____<br>Signature of Attorney for Debtor(s)<br><br>_____<br>Printed Name of Attorney for Debtor(s)<br><br>_____<br>Firm Name<br><br>_____<br>Address<br><br>_____<br>Telephone Number<br><br>_____<br>Date<br><br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X ~~Signature~~ *(signed)*<br>Signature of Authorized Individual<br>Donald G. Abbey<br>Printed Name of Authorized Individual<br>Gov. Member of Managing Member of Manager & Mem.<br>Title of Authorized Individual<br>12/19/14<br>Date | _____<br>Address<br><br>X _____<br>Signature<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Irell & Manella LLP<br>Alan J. Friedman (#132580) - Kerri A. Lyman (#241615)<br>840 Newport Center Drive., Suite 400, Newport Beach, CA 92660-6324<br><br>☒ *Attorney for:* AP-Long Beach Airport LLC | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re: AP-Long Beach Airport LLC<br><br><div align="right">Debtor(s).</div> | CASE NO.:<br>CHAPTER: 11<br>ADV. NO.: |

## ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

☒   Petition, statement of affairs, schedules or lists        Date Filed: _____
☐   Amendments to the petition, statement of affairs, schedules or lists    Date Filed: _____
☐   Other: _____        Date Filed: _____

## PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

_____        12/19/14    _____
*Signature of Signing Party*                Date

Donald G. Abbey
*Printed Name of Signing Party*

_____        _____
*Signature of Joint Debtor (if applicable)*            Date

_____
*Printed Name of Joint Debtor (if applicable)*

## PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s) or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

_____        12/19/14    _____
*Signature of Attorney for Signing Party*            Date

ALAN FRIEDMAN
*Printed Name of Attorney for Signing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

     None

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

     None

3.  (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

     None

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

     None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _La Mirada_____, California

Date: _12|19|14_____                                    _____
                                                            Signature of Debtor

                                                            _____
                                                            Signature of Joint Debtor

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

| Party Name, Address and Telephone Number *(CA State Bar No. If Applicable)* | FOR COURT USE ONLY |
|---|---|
| IRELL & MANELLA LLP<br>Alan J. Friedman (#132580) - afriedman@irell.com<br>Kerri A. Lyman (#241615) - klyman@irell.com<br>840 Newport Center Drive, Suite 400<br>Newport Beach, CA 92660-6324<br>(949) 760-0991 | |

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re: AP-Long Beach Airport LLC, a Delaware limited liability company | CHAPTER 11<br><br>CASE NUMBER  14- |
| Debtor. | (No Hearing Required) |

## VENUE DISCLOSURE FORM
## FOR CORPORATIONS FILING CHAPTER 11
### *(Required by General Order 97-02)*

*\*Attach additional sheets as necessary and indicate so in each section\**

1.　Specify the address of the principal office of the Debtor currently on file with the California Secretary of State (*from Form S0100, S0200, or S0300*):

　　14770 Firestone Blvd., Suite 206
　　La Mirada, CA 90638

2.　Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:

　　14770 Firestone Blvd., Suite 206
　　La Mirada, CA 90638

3.　Disclose the current business address(es) for all corporate officers:

　　14770 Firestone Blvd., Suite 206
　　La Mirada, CA 90638

4.　Disclose the current business address(es) where the Debtor's books and records are located:

　　14770 Firestone Blvd., Suite 206
　　La Mirada, CA 90638

Venue Disclosure Form for Corporations Filing Chapter 11 - *Page 2*                    **VEN-C**

| In re AP-Long Beach Airport LLC | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER |

5.   List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:

   3205 Lakewood Boulevard
   Long Beach, CA 90808

6.   Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

   N/A

7.   State the name and address of the officer signing this Statement and the relationship of such person to the Debtor (*specify*):

   Donald G. Abbey
   Governing Member of Managing Member of the Manager and Member
   14770 Firestone Blvd., Suite 206
   La Mirada, CA 90638

8.   Total number of attached pages of supporting documentation: __0__

9.   I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on the __19th__ day of ___Dec___, 20_14_, at _La Mirada_____, California.

Donald G. Abbey
*Type Name of Officer*                                    *Signature of Declarant*

Governing Member of Managing Member of the Manager and the Member
*Position or Title of Officer*

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Chapter 11 |
| AP-LONG BEACH AIRPORT LLC,<br>a Delaware limited liability company,<br><br>                         Debtor. | Case No. __-_____ (__) |

### VERIFIED STATEMENT OF DEBTOR REGARDING CORPORATE OWNERSHIP PURSUANT TO RULES 1007 AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

The Debtor is a wholly owned subsidiary of Abbey–Properties II LLC, a California

Limited Liability Company. The business address of the Debtor and certain of the non-Debtor

affiliates is 14770 Firestone Blvd., Suite 206 La Mirada, CA 90638.

Executed this 19th day of ___Dec___, 2014, at La Mirada, California.

                                          Abbey-Properties II LLC
                                          Managing Member
                                          By: The Abbey Companies LLC
                                          Its: Managing Member
                                          By: Donald G. Abbey
                                          Its: Governing Member

## Corporate Organization Chart



## DECLARATION CONCERNING CORPORATE OWNERSHIP STATEMENT

Pursuant to 28 U.S.C. § 1746, I, Donald G. Abbey, the undersigned authorized signatory of the Debtor named in this case, declare under penalty of perjury that I have reviewed this corporate ownership statement and that it is true and correct to the best of my information and belief.

Date: ___Dec. 19___, 2014

By: _____

Abbey-Properties II LLC
Managing Member
  By: The Abbey Companies LLC
  Its: Managing Member
    By: Donald G. Abbey
    Its: Governing Member

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

In re:

AP-LONG BEACH AIRPORT LLC,
a Delaware limited liability company,

                                   Debtor.

Chapter 11

Case No.__-_____ (__)

## LIST OF EQUITY HOLDERS

Pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure, the

following identifies all holders having a direct or indirect ownership interest of the above-

captioned debtor in possession (the "Debtor").

| Name and Last Known Address of Equity Interest Holder | Percentage of Interest | Type of Equity Interest |
|---|---|---|
| Abbey-Properties II LLC | 100% | Membership |

I, Donald G. Abbey, the undersigned Governing Member of The Abbey

Companies, LLC, which is the Managing Member of Abbey-Properties II LLC, which is the

Managing Member of AP-Long Beach Airport LLC, named as the debtor in this case, declare

under penalty of perjury that I have read the list of equity security holders and that it is true and

correct to the best of my information and belief.

Executed this 19th day of Dec , 2014 , at La Mirada, California.

_____
Abbey-Properties II LLC
Managing Member
   By: The Abbey Companies LLC
   Its: Managing Member
      By: Donald G. Abbey
      Its: Governing Member

# Resolution

**ACTION BY UNANIMOUS WRITTEN CONSENT
OF THE MANAGER OF
AP-LONG BEACH AIRPORT LLC**

The undersigned, being the Manager (the "**Manager**") of AP-Long Beach Airport LLC, a Delaware limited liability company (referred to herein as the "**Company**"), hereby takes the following actions and adopts the following resolutions by written consent pursuant to Section 18-404(d) of the Limited Liability Company Act of the State of Delaware.

WHEREAS, the undersigned is the sole member of the Company (the "**Member**");

WHEREAS, pursuant to Section 2.1 of the Limited Liability Company Agreement of the Company, dated as of May 21, 1999, as amended by that certain First Amendment to the Limited Liability Company Agreement for the Company, dated as of June 30, 2000, and as further amended by that certain Second Amendment to the Limited Liability Company Agreement for the Company (the "**Second Amendment**"), dated as of June 15, 2010 (as so amended, the "**LLC Agreement**"), all aspects of the business and affairs of the Company shall be managed, and all decisions affecting the business and affairs of the Company shall be made, by the Member acting through its Manager, and the Manager shall have the authority to make all decisions affecting the business and affairs of the Company as fully and completely as if the Member was itself making such decisions;

WHEREAS, Marc Beilinson has previously been appointed the Chief Operating Officer and Chief Restructuring Officer of Abbey-Properties II LLC;

WHEREAS, pursuant to Section 2 of the Second Amendment, the undersigned was admitted as the Manager and sole member of the Company;

WHEREAS, the Manager has considered the financial and operational aspects of the Company's business;

WHEREAS, the Manager has reviewed the historical performance of the Company, the market for the Company's assets, and the current and long-term liabilities of the Company; and

WHEREAS, in the judgment of the Manager, it is desirable and in the best interests of the Company, its creditors, equity holder, and other interested parties, and of the Member, that the Company should a file voluntary petition under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").

<u>U.S. Bank Agreement</u>

NOW, THEREFORE, BE IT RESOLVED: Donald G. Abbey, Governing Member of The Abbey Companies LLC, which is the Managing Member of Abbey-Properties II LLC, which is the Manager of the Company, in his own discretion, and the officers and authorized representatives of the Company, and any other person designated

and so authorized to act, or any one of them acting alone (Donald G. Abbey, each such officer, each such authorized representative and each other person designated and authorized to so act are each referred to herein as an "**Authorized Officer**") be, and hereby is authorized and directed hereby to execute, deliver, and perform that certain Agreement with U.S. Bank National Association dated December 17, 2014 (the "**U.S. Bank Agreement**"), in the form finally approved and executed by any Authorized Officer (including, in connection therewith, such other documents, agreements, or instruments as constitute exhibits or schedules to or are required pursuant to or contemplated by the U.S. Bank Agreement, each, an "**U.S. Bank Agreement Additional Document**"), and to take such additional action and to execute and deliver each other U.S. Bank Agreement Additional Document to be executed and delivered by or on behalf of the Company all with such changes therein and additions thereto as any Authorized Officer approves, such approval to be conclusively evidenced by the taking of such action or by the execution and delivery thereof; and be it further;

RESOLVED that the U.S. Bank Agreement and each U.S. Bank Agreement Additional Document is reasonably expected to be of direct or indirect benefit to the Company, its creditors, equity holder, and other interested parties; and be it further;

Chapter 11 Filing

BE IT FURTHER RESOLVED: That the filing of a voluntary petitions under chapter 11 of the Bankruptcy Code on behalf of the Company be, and hereby is, adopted, authorized, ratified, approved, and confirmed in all respects;

BE IT FURTHER RESOLVED: That each Authorized Officer be, and hereby is, authorized to execute and file on behalf of the Company all petitions, schedules, lists and other papers or documents and to take any and all action that he or she may deem necessary or proper to obtain such relief;

BE IT FURTHER RESOLVED: That each Authorized Officer be, and hereby is, authorized and directed to employ a law firm as general bankruptcy counsel to the Company to represent and assist the Company in carrying out its duties under title 11 of the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including filing any pleading; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements and to pay appropriate retainers prior to and immediately upon the filing of the chapter 11 case;

BE IT FURTHER RESOLVED: That each Authorized Officer be, and hereby is, authorized and directed to employ additional professionals as the Authorized Officers of the Company, in their reasonable discretion, deem necessary, appropriate or advisable to represent and assist the Company in carrying out its duties under title 11 of the Bankruptcy Code or to carry out the purpose and intent of the foregoing resolutions; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements and to pay appropriate retainers prior to and immediately upon the filing of the chapter 11 case;

U.S. Bank Stipulation:

BE IT FURTHER RESOLVED: That in connection with the commencement of the Company's chapter 11 case, each Authorized Officer be, and hereby is, subject to Bankruptcy Court approval, authorized and directed hereby to execute, deliver and perform that certain Stipulation re Relief from Automatic Stay and Agreement with U.S. Bank National Association, to Permit Receiver to Continue in Possession and Excuse Compliance with 11 U.S.C. § 543, for Use of Cash Collateral, to Assume Contracts and Leases, for Waiver of Claims, and for Related Relief, by and among the Company and U.S. Bank National Association (the "**U.S. Bank Stipulation**"), in the form finally approved and executed by any Authorized Officer (including, in connection therewith, such other documents, agreements, or instruments as constitute exhibits or schedules to or are required pursuant to or contemplated by the U.S. Bank Stipulation, each, an "**U.S. Bank Stipulation Additional Document**"), and to take such additional action and to execute and deliver each other U.S. Bank Stipulation Additional Document to be executed and delivered by or on behalf of the Company all with such changes therein and additions thereto as any Authorized Officer approves, such approval to be conclusively evidenced by the taking of such action or by the execution and delivery thereof; and be it further;

RESOLVED that the U.S. Bank Stipulation and each U.S. Bank Stipulation Additional Document is reasonably expected to be of direct or indirect benefit to the Company, its creditors, equity holder, and other interested parties; and be it further;

General:

BE IT FURTHER RESOLVED: That each Authorized Officer be, and hereby is, authorized and empowered to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as each, in its discretion, may deem necessary, appropriate, or advisable in order to carry out the purpose and intent of the foregoing resolutions; and

BE IT FURTHER RESOLVED: That any and all past actions heretofore taken by any Authorized Officer or the Manager, in the name and on behalf of the Company, in furtherance of any or all of the preceding resolutions, be, and the same hereby are, adopted, authorized, ratified, approved and confirmed in all respects.

The actions taken by this consent shall have the same force and effect as if taken at a meeting of the Manager duly called and constituted pursuant to the LLC Agreement and the laws of the State of Delaware.

IN WITNESS WHEREOF, the undersigned, being the Manager of the Company, has executed this Action by Unanimous Written Consent of the Manager, effective as of December 17, 2014.

Abbey-Properties II LLC,
a California limited liability company
By: The Abbey Companies LLC
Its: Managing Member


By: Donald G. Abbey
Its: Governing Member

**ACTION BY UNANIMOUS WRITTEN CONSENT**
**OF**
**ABBEY-PROPERTIES II LLC**

The undersigned, being the Managing Member (the "**Managing Member**") of Abbey-Properties II LLC, a California limited liability company (the "**Manager**") of AP-Long Beach Airport LLC, a Delaware limited liability company (referred to herein as the "**Company**"), hereby takes the following actions and adopts the following resolutions by written consent.

WHEREAS, the undersigned is the Managing Member of the Manager and sole member of the Company (the "**Member**");

WHEREAS, pursuant to Section 2.1 of the Limited Liability Company Agreement of the Company, dated as of May 21, 1999, as amended by that certain First Amendment to the Limited Liability Company Agreement for the Company, dated as of June 30, 2000, and as further amended by that certain Second Amendment to the Limited Liability Company Agreement for the Company, dated as of June 15, 2010 (as so amended, the "**LLC Agreement**"), all aspects of the business and affairs of the Company shall be managed, and all decisions affecting the business and affairs of the Company shall be made, by the Member acting through its Manager, and the Manager shall have the authority to make all decisions affecting the business and affairs of the Company as fully and completely as if the Member was itself making such decisions;

WHEREAS, Marc Beilinson has previously been appointed the Chief Operating Officer and Chief Restructuring Officer of the Manager;

WHEREAS, the Managing Member of the Manager has considered the financial and operational aspects of the Company's business;

WHEREAS, the Managing Member of the Manager has reviewed the historical performance of the Company, the market for the Company's assets, and the current and long-term liabilities of the Company; and

WHEREAS, in the judgment of the Managing Member of the Manager, it is desirable and in the best interests of the Company, its creditors, equity holder, and other interested parties, and of the Member, that the Company should a file voluntary petition under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").

<u>U.S. Bank Agreement</u>

NOW, THEREFORE, BE IT RESOLVED: Donald G. Abbey, Governing Member of The Abbey Companies LLC, which is the Managing Member of Abbey-Properties II LLC, which is the Manager of the Company, in his own discretion, and the officers and authorized representatives of the Company, and any other person designated and so authorized to act, or any one of them acting alone (Donald G. Abbey, each such officer, each such authorized representative and each other person designated and authorized to so act are each referred to herein as an "**Authorized Officer**") be, and hereby is authorized and directed hereby to execute, deliver, and perform that certain

Agreement with U.S. Bank National Association dated December 17, 2014 (the "**U.S. Bank Agreement**"), in the form finally approved and executed by any Authorized Officer (including, in connection therewith, such other documents, agreements, or instruments as constitute exhibits or schedules to or are required pursuant to or contemplated by the U.S. Bank Agreement, each, an "**U.S. Bank Agreement Additional Document**"), and to take such additional action and to execute and deliver each other U.S. Bank Agreement Additional Document to be executed and delivered by or on behalf of the Company all with such changes therein and additions thereto as any Authorized Officer approves, such approval to be conclusively evidenced by the taking of such action or by the execution and delivery thereof; and be it further;

RESOLVED that the U.S. Bank Agreement and each U.S. Bank Agreement Additional Document is reasonably expected to be of direct or indirect benefit to the Company, its creditors, equity holder, and other interested parties; and be it further;

Chapter 11 Filing

BE IT FURTHER RESOLVED: That the filing of a voluntary petitions under chapter 11 of the Bankruptcy Code on behalf of the Company be, and hereby is, adopted, authorized, ratified, approved, and confirmed in all respects;

BE IT FURTHER RESOLVED: That each Authorized Officer be, and hereby is, authorized to execute and file on behalf of the Company all petitions, schedules, lists and other papers or documents and to take any and all action that he or she may deem necessary or proper to obtain such relief;

BE IT FURTHER RESOLVED: That each Authorized Officer be, and hereby is, authorized and directed to employ a law firm as general bankruptcy counsel to the Company to represent and assist the Company in carrying out its duties under title 11 of the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including filing any pleading; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements and to pay appropriate retainers prior to and immediately upon the filing of the chapter 11 case;

BE IT FURTHER RESOLVED: That each Authorized Officer be, and hereby is, authorized and directed to employ additional professionals as the Authorized Officers of the Company, in their reasonable discretion, deem necessary, appropriate or advisable to represent and assist the Company in carrying out its duties under title 11 of the Bankruptcy Code or to carry out the purpose and intent of the foregoing resolutions; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements and to pay appropriate retainers prior to and immediately upon the filing of the chapter 11 case;

U.S. Bank Stipulation:

BE IT FURTHER RESOLVED: That in connection with the commencement of the Company's chapter 11 case, each Authorized Officer be, and hereby is, subject to

Bankruptcy Court approval, authorized and directed hereby to execute, deliver and perform that certain Stipulation re Relief from Automatic Stay and Agreement with U.S. Bank National Association, to Permit Receiver to Continue in Possession and Excuse Compliance with 11 U.S.C. § 543, for Use of Cash Collateral, to Assume Contracts and Leases, for Waiver of Claims, and for Related Relief, by and among the Company and U.S. Bank National Association (the "**U.S. Bank Stipulation**"), in the form finally approved and executed by any Authorized Officer (including, in connection therewith, such other documents, agreements, or instruments as constitute exhibits or schedules to or are required pursuant to or contemplated by the U.S. Bank Stipulation, each, an "**U.S. Bank Stipulation Additional Document**"), and to take such additional action and to execute and deliver each other U.S. Bank Stipulation Additional Document to be executed and delivered by or on behalf of the Company all with such changes therein and additions thereto as any Authorized Officer approves, such approval to be conclusively evidenced by the taking of such action or by the execution and delivery thereof; and be it further;

RESOLVED that the U.S. Bank Stipulation and each U.S. Bank Stipulation Additional Document is reasonably expected to be of direct or indirect benefit to the Company, its creditors, equity holder, and other interested parties; and be it further;

General:

BE IT FURTHER RESOLVED: That each Authorized Officer be, and hereby is, authorized and empowered to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as each, in its discretion, may deem necessary, appropriate, or advisable in order to carry out the purpose and intent of the foregoing resolutions; and

BE IT FURTHER RESOLVED: That any and all past actions heretofore taken by any Authorized Officer or the Manager, in the name and on behalf of the Company, in furtherance of any or all of the preceding resolutions, be, and the same hereby are, adopted, authorized, ratified, approved and confirmed in all respects.

The actions taken by this consent shall have the same force and effect as if taken at a meeting of the members duly called and constituted pursuant to the LLC Agreement and the laws of the State of California.

IN WITNESS WHEREOF, the undersigned, being the Managing Member of the Manager and sole member of the Company, has executed this Action by Unanimous Written Consent of Abbey-Properties II LLC, effective as of December 17, 2014.

The Abbey Companies LLC

By: Donald G. Abbey
Its: Governing Member

## ACTION BY WRITTEN CONSENT
## OF THE GOVERNING MEMBER OF THE ABBEY COMPANIES LLC

The undersigned, being the Governing Member (the "**Governing Member**") of The Abbey Companies LLC, a Delaware limited liability company (the "**Managing Member**"), being the Managing Member of Abbey-Properties II LLC, a California limited liability company (the "**Manager**") of AP-Long Beach Airport LLC, a Delaware limited liability company (referred to herein as the "**Company**"), hereby takes the following actions and adopts the following resolutions by written consent pursuant to Section 18-404(d) of the Limited Liability Company Act of the State of Delaware.

WHEREAS, the undersigned is the Governing Member of the Managing Member of the Manager and sole member of the Company;

WHEREAS, pursuant to Section 2.1 of the Limited Liability Company Agreement of the Company, dated as of May 21, 1999, as amended by that certain First Amendment to the Limited Liability Company Agreement for the Company, dated as of June 30, 2000, and as further amended by that certain Second Amendment to the Limited Liability Company Agreement for the Company, dated as of June 15, 2010 (as so amended, the "**LLC Agreement**"), all aspects of the business and affairs of the Company shall be managed, and all decisions affecting the business and affairs of the Company shall be made, by the Member acting through its Manager, and the Manager shall have the authority to make all decisions affecting the business and affairs of the Company as fully and completely as if the Member was itself making such decisions;

WHEREAS, Marc Beilinson has previously been appointed the Chief Operating Officer and Chief Restructuring Officer of the Managing Member;

WHEREAS, the Governing Member of the Managing Member of the Manager has considered the financial and operational aspects of the Company's business;

WHEREAS, the Governing Member of the Managing Member of the Manager has reviewed the historical performance of the Company, the market for the Company's assets, and the current and long-term liabilities of the Company; and

WHEREAS, in the judgment of the Governing Member of the Managing Member of the Manager, it is desirable and in the best interests of the Company, its creditors, equity holder, and other interested parties, and of the Member, that the Company should a file voluntary petition under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").

U.S. Bank Agreement

NOW, THEREFORE, BE IT RESOLVED: Donald G. Abbey, Governing Member of The Abbey Companies LLC, which is the Managing Member of Abbey-Properties II LLC, which is the Manager of the Company, in his own discretion, and the officers and authorized representatives of the Company, and any other person designated and so authorized to act, or any one of them acting alone (Donald G. Abbey, each such

officer, each such authorized representative and each other person designated and authorized to so act are each referred to herein as an "**Authorized Officer**") be, and hereby is authorized and directed hereby to execute, deliver, and perform that certain Agreement with U.S. Bank National Association dated December 17, 2014 (the "**U.S. Bank Agreement**"), in the form finally approved and executed by any Authorized Officer (including, in connection therewith, such other documents, agreements, or instruments as constitute exhibits or schedules to or are required pursuant to or contemplated by the U.S. Bank Agreement, each, an "**U.S. Bank Agreement Additional Document**"), and to take such additional action and to execute and deliver each other U.S. Bank Agreement Additional Document to be executed and delivered by or on behalf of the Company all with such changes therein and additions thereto as any Authorized Officer approves, such approval to be conclusively evidenced by the taking of such action or by the execution and delivery thereof; and be it further;

RESOLVED that the U.S. Bank Agreement and each U.S. Bank Agreement Additional Document is reasonably expected to be of direct or indirect benefit to the Company, its creditors, equity holder, and other interested parties; and be it further;

Chapter 11 Filing

BE IT FURTHER RESOLVED: That the filing of a voluntary petitions under chapter 11 of the Bankruptcy Code on behalf of the Company be, and hereby is, adopted, authorized, ratified, approved, and confirmed in all respects;

BE IT FURTHER RESOLVED: That each Authorized Officer be, and hereby is, authorized to execute and file on behalf of the Company all petitions, schedules, lists and other papers or documents and to take any and all action that he or she may deem necessary or proper to obtain such relief;

BE IT FURTHER RESOLVED: That each Authorized Officer be, and hereby is, authorized and directed to employ a law firm as general bankruptcy counsel to the Company to represent and assist the Company in carrying out its duties under title 11 of the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including filing any pleading; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements and to pay appropriate retainers prior to and immediately upon the filing of the chapter 11 case;

BE IT FURTHER RESOLVED: That each Authorized Officer be, and hereby is, authorized and directed to employ additional professionals as the Authorized Officers of the Company, in their reasonable discretion, deem necessary, appropriate or advisable to represent and assist the Company in carrying out its duties under title 11 of the Bankruptcy Code or to carry out the purpose and intent of the foregoing resolutions; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements and to pay appropriate retainers prior to and immediately upon the filing of the chapter 11 case;

U.S. Bank Stipulation:

BE IT FURTHER RESOLVED: That in connection with the commencement of the Company's chapter 11 case, each Authorized Officer be, and hereby is, subject to Bankruptcy Court approval, authorized and directed hereby to execute, deliver and perform that certain Stipulation re Relief from Automatic Stay and Agreement with U.S. Bank National Association, to Permit Receiver to Continue in Possession and Excuse Compliance with 11 U.S.C. § 543, for Use of Cash Collateral, to Assume Contracts and Leases, for Waiver of Claims, and for Related Relief, by and among the Company and U.S. Bank National Association (the "**U.S. Bank Stipulation**"), in the form finally approved and executed by any Authorized Officer (including, in connection therewith, such other documents, agreements, or instruments as constitute exhibits or schedules to or are required pursuant to or contemplated by the U.S. Bank Stipulation, each, an "**U.S. Bank Stipulation Additional Document**"), and to take such additional action and to execute and deliver each other U.S. Bank Stipulation Additional Document to be executed and delivered by or on behalf of the Company all with such changes therein and additions thereto as any Authorized Officer approves, such approval to be conclusively evidenced by the taking of such action or by the execution and delivery thereof; and be it further;

RESOLVED that the U.S. Bank Stipulation and each U.S. Bank Stipulation Additional Document is reasonably expected to be of direct or indirect benefit to the Company, its creditors, equity holder, and other interested parties; and be it further;

General:

BE IT FURTHER RESOLVED: That each Authorized Officer be, and hereby is, authorized and empowered to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as each, in its discretion, may deem necessary, appropriate, or advisable in order to carry out the purpose and intent of the foregoing resolutions; and

BE IT FURTHER RESOLVED: That any and all past actions heretofore taken by any Authorized Officer or the Manager, in the name and on behalf of the Company, in furtherance of any or all of the preceding resolutions, be, and the same hereby are, adopted, authorized, ratified, approved and confirmed in all respects.

IN WITNESS WHEREOF, the undersigned, being the Governing Member of the Managing Member of the Manager of the Company, has executed this Action by Written Consent of the Governing Member of The Abbey Companies LLC, effective as of December 17, 2014.


By: Donald G. Abbey
Governing Member

Certification of Manager

## CERTIFICATION BY MANAGER

The undersigned, the Manager (the "**Manager**") of AP-Long Beach Airport LLC, a Delaware limited liability company (referred to herein as the "**Company**"), hereby certifies as follows:

1.    I am a duly qualified and elected Governing Member of The Abbey Companies LLC, which is the Managing Member of Abbey-Properties II LLC, which is the Manager of the Company and, as such, I am familiar with the facts herein certified and I am duly authorized to certify the same on behalf of the Company.

2.    Attached hereto is a true, complete and correct copy of the resolutions of the Manager of the Company, duly adopted on December 17, 2014, by unanimous consent of the sole Manager of the Company, in accordance with the Limited Liability Company Agreement of the Company, as amended.

3.    Such resolutions have not been amended, altered, annulled, rescinded or revoked and are in full force and effect as of the date hereof.  There exist no other resolutions of the Manager of the Company relating to the matters set forth in the resolutions attached hereto.

IN WITNESS WHEREOF, the undersigned has executed this certificate as of the 17 day of December, 2014.

By: Donald G. Abbey, Governing Member of The Abbey Companies LLC

## CERTIFICATION BY GOVERNING MEMBER

The undersigned, the Governing Member of the Managing Member of the Manager (the "**Governing Member**") of AP-Long Beach Airport LLC, a Delaware limited liability company (referred to herein as the "**Company**"), hereby certifies as follows:

1.     I am the Governing Member of The Abbey Companies LLC, which is the Managing Member of Abbey-Properties II LLC, which is the Manager of the Company and, as such, I am familiar with the facts herein certified and I am duly authorized to certify the same on behalf of the Company.

2.     Attached hereto is a true, complete and correct copy of the resolutions of the Managing Member of the Manager of the Company, duly adopted on December 17, 2014, by unanimous consent of the Managing Member of the Manager and sole member of the Company, in accordance with the Limited Liability Company Agreement of the Company, as amended.

3.     Such resolutions have not been amended, altered, annulled, rescinded or revoked and are in full force and effect as of the date hereof. There exist no other resolutions of the Managing Member of the Manager and sole member of the Company relating to the matters set forth in the resolutions attached hereto.

IN WITNESS WHEREOF, the undersigned has executed this certificate as of the 17 day of December, 2014.

By: Donald G. Abbey, Governing Member of The Abbey Companies LLC

CERTIFICATION FOR WRITTEN CONSENT OF ABBEY PROPERTIES II LLC

## CERTIFICATION BY GOVERNING MEMBER

The undersigned, the Governing Member of the Managing Member of the Manager (the "**Governing Member**") of AP-Long Beach Airport LLC, a Delaware limited liability company (referred to herein as the "**Company**"), hereby certifies as follows:

1.      I am the Governing Member of The Abbey Companies LLC, which is the Managing Member of Abbey-Properties II LLC, which is the Manager and sole member of the Company and, as such, I am familiar with the facts herein certified and I am duly authorized to certify the same on behalf of the Company.

2.      Attached hereto is a true, complete and correct copy of the resolutions of the Governing Member of the Managing Member of the Manager of the Company, duly adopted on December 17, 2014, by unanimous consent of the Governing Member of the Managing Member of the Manager and sole member of the Company, in accordance with the Limited Liability Company Agreement of the Company, as amended.

3.      Such resolutions have not been amended, altered, annulled, rescinded or revoked and are in full force and effect as of the date hereof.  There exist no other resolutions of the Governing Member of the Managing Member of the Manager of the Company relating to the matters set forth in the resolutions attached hereto.

IN WITNESS WHEREOF, the undersigned has executed this certificate as of the 17 day of December, 2014.

By: Donald G. Abbey, Governing Member of The
Abbey Companies LLC

CERTIFICATION FOR WRITTEN CONSENT OF THE ABBEY COMPANIES LLC

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>AP-LONG BEACH AIRPORT LLC,<br>a Delaware limited liability company,<br><br>Debtor. | Chapter 11<br><br>Case No. 14-_____ (__) |

## CERTIFICATION CONCERNING LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

The debtor and debtor in possession (the "Debtor") in the above-captioned case hereby certifies under penalty of perjury that the *List of Creditors Holding 20 Largest Unsecured Claims,* submitted herewith, is complete and to the best of the Debtor's knowledge, correct and consistent with Debtor's books and records.

In August 2014, a receiver was appointed over the Debtor's property. The Debtor requested information from the receiver regarding the *List of Creditors Holding 20 Largest Unsecured Claims* before the date hereof, but the Debtor has not received the information requested after due inquiry.

The information contained herein is based upon a review of the Debtor's books and records. However, no comprehensive legal and/or factual investigations with regard to possible defense to any claims set forth in the *List of Creditors Holding 20 Largest Unsecured Claims* have been completed. Therefore, the listing does not and should not be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any list claims; and/or (3) a waiver of any other right or legal position of the Debtor. A list of creditors ("List of Creditors") of the Debtor in

possession is filed by attachment hereto.

        I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of _Dec_____, 20 14 , at La Mirada, California.

                                   Abbey-Properties II LLC
                                   Managing Member
                                     By: The Abbey Companies LLC
                                   Its: Managing Member
                                     By: Donald G. Abbey
                                   Its: Governing Member

Form B4 (Official Form 4) -  (12/07)

**AP-Long Beach Airport LLC**

Debtor                                                                          Case No. (If known)

## Form 4.  LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

Following is a list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| Name of creditor and complete mailing address, including zip code. | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| 1  Stapleton Group<br>514 Via De La Valle, Ste206<br>Solana Beach, CA 92075 | Stapleton Group<br>514 Via De La Valle, Ste206<br>Solana Beach, CA 92075<br>Tel: (213) 235-0600 | Vendor | | | | $45,080.19 |
| 2  City of Long Beach<br>P.O. Box 630<br>Long Beach, CA 90842-0001 | City of Long Beach<br>P.O. Box 630<br>Long Beach, CA 90842-0001<br>Tel: (562) 570-5700 | Vendor | | | | $24,746.74 |
| 3  Southern California Edison<br>P.O. Box 300<br>Rosemead, CA 91772-0001 | Southern California Edison<br>P.O. Box 300<br>Rosemead, CA 91772-0001<br>Tel: (800) 990-7788 | Vendor | | | | $11,010.60 |
| 4  Universal Building Maintenance LLC<br>1552 N. Tustin Avenue, Suite 650<br>Santa Ana, CA  92705 | Universal Building Maintenance LLC<br>1552 N. Tustin Avenue, Suite 650<br>Santa Ana, CA  92705<br>Tel: (714) 619-9700<br>Fax: (714) 619-9750 | Vendor | | | | $10,318.05 |
| 5  Precision Landscape<br>940 Leslie Street<br>La Habra, CA 90631 | Precision Landscape<br>940 Leslie Street<br>La Habra, CA 90631<br>Tel: (714) 525-2318<br>Email: carol@pltco.com | Vendor | | | | $5,022.00 |

Page 1 of  4

Form B4 (Official Form 4)  -  (12/07)

**AP-Long Beach Airport LLC**

Debtor                                                                                          Case No. (If known)

## Form 4.   LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| 6  EnviroBusiness, Inc.<br>P.O. Box 844523<br>Boston, MA  02284-4523 | EnviroBusiness, Inc.<br>P.O. Box 844523<br>Boston, MA  02284-4523<br>Tel: (562) 495-7110 | Vendor | | | | $4,400.00 |
| 7  City of Long Beach<br>333 W Ocean Blvd. 3rd Floor<br>Long Beach, CA 90802-4664 | City of Long Beach<br>333 W Ocean Blvd. 3rd Floor<br>Long Beach, CA 90802-4664<br>Tel: (562) 570-5700<br>Fax: (562) 570-6380 | Vendor | | | | $2,962.40 |
| 8  Chem-Aqua, Inc.<br>23261 Network Place<br>Chicago, IL 60673 | Chem-Aqua, Inc.<br>23261 Network Place<br>Chicago, IL 60673 | Vendor | | | | $2,953.26 |
| 9  Acco Engineered Systems<br>265 McCormick Ave.<br>Costa Mesa, CA 92626 | Acco Engineered Systems<br>265 McCormick Ave.<br>Costa Mesa, CA 92626<br>Tel: (818) 243-1727 | Vendor | | | | $2,885.00 |
| 10  J.M. Carden Sprinkler Co, Inc.<br>2909 Fletcher Drive<br>Los Angeles, CA 90065 | J.M. Carden Sprinkler Co, Inc.<br>2909 Fletcher Drive<br>Los Angeles, CA 90065<br>Tel: (323) 258-8300 | Vendor | | | | $1,821.00 |
| 11  Granite Telecommunications LLC<br>P.O. Box 983119<br>Boston, MA 02298-3119 | Granite Telecommunications LLC<br>P.O. Box 983119<br>Boston, MA 02298-3119<br>Tel: (866) 847-5500<br>Fax: (617) 328-0312 | Vendor | | | | $1,738.13 |
| 12  Elga<br>24910 Network Place<br>Chicago, IL 60673-1249 | Elga<br>24910 Network Place<br>Chicago, IL 60673-1249<br>Tel: (877) 315-3542 | Vendor | | | | $1,524.92 |

Page 2 of  4

Form B4 (Official Form 4) - (12/07)

AP-Long Beach Airport LLC
_____          _____
Debtor                                                          Case No. (If known)

## Form 4.   LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| 13   ABM Electrical Solutions, Inc.<br>152 Technology Drive<br>Irvine, CA 92618 | ABM Electrical Solutions, Inc.<br>152 Technology Drive<br>Irvine, CA 92618<br>Tel: (866) 678-0783 | Vendor | | | | $1,434.00 |
| 14   South Coast A.Q.M.D.<br>21865 Copley Drive<br>PO Box 4943<br>Diamond Bar, CA  91765 | South Coast A.Q.M.D.<br>21865 Copley Drive<br>PO Box 4943<br>Diamond Bar, CA  91765<br>Tel: (909) 396-2000 | Vendor | | | | $1,333.05 |
| 15   Vortex Industries, Inc.<br>File 1095<br>1801 W. Olympic Blvd<br>Pasadena, CA  91199-1095 | Vortex Industries, Inc.<br>File 1095<br>1801 W. Olympic Blvd<br>Pasadena, CA  91199-1095 | Vendor | | | | $1,290.13 |
| 16   Terminix Processing Center<br>PO Box 742592<br>Cincinnati, OH  45274-2592 | Terminix Processing Center<br>PO Box 742592<br>Cincinnati, OH  45274-2592<br>Tel: (956) 650-0562 | Vendor | | | | $1,025.00 |
| 17   4 Seasons Roofing Inc.<br>1300 W. Colegrove Ave.<br>Montebello, CA  90640 | 4 Seasons Roofing Inc.<br>1300 W. Colegrove Ave.<br>Montebello, CA  90640<br>Tel: (323) 726-9615 | Vendor | | | | $1,023.85 |
| 18   DC Environmental<br>3002 Dow Ave, Suite 118<br>Tustin, CA 92780 | DC Environmental<br>3002 Dow Ave, Suite 118<br>Tustin, CA 92780<br>Tel: (714) 862-2193<br>Fax: (714) 862-2195<br>Email: info@DCEnv.com | Vendor | | | | $964.50 |
| 19   Coastal Maintenance Inc.<br>23052-H Alicia Parkway, # 297<br>Mission Viejo, CA 92692 | Coastal Maintenance Inc.<br>23052-H Alicia Parkway, # 297<br>Mission Viejo, CA 92692 | Vendor | | | | $955.00 |

Form B4 (Official Form 4) - (12/07)

**AP-Long Beach Airport LLC**
_____
Debtor                                                                          Case No. (If known)

### Form 4.   LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| 20  PL Hawn Company, Inc.<br>7411 Lorge Circle<br>Huntington Beach, CA  92647 | PL Hawn Company, Inc.<br>7411 Lorge Circle<br>Huntington Beach, CA  92647<br>Tel:  (714) 846-1958<br>Fax: (714) 841-1301<br>Email: info@plhawn.com | Vendor | | | | $735.45 |

Page 4 of  4

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>AP-LONG BEACH AIRPORT LLC,<br>a Delaware limited liability company,<br><br>                    Debtor. | Chapter 11<br><br>Case No. 14-_____ (__) |

## VERIFIED LIST OF CREDITORS/MASTER MAILING MATRIX OF AP-LONG BEACH AIRPORT LLC SUBMITTED IN ACCORDANCE WITH FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007 AND LOCAL BANKRUPTCY RULE 1007-1(a) FOR THE CENTRAL DISTRICT OF CALIFORNIA

I, Donald G. Abbey, Governing Member of The Abbey Companies LLC, which is the Managing Member of Abbey-Properties II LLC, which is the Managing Member of AP-Long Beach Airport LLC, a Delaware limited liability company, named as the debtor in this case ("Debtor"), declare under penalty of perjury that I have read the attached *List of Creditors/Master Mailing Matrix* for AP-Long Beach Airport LLC and that it is true and correct to the best of my knowledge, information and belief.

The information contained herein is based upon a review of the Debtor's books and records. However, no comprehensive legal and/or factual investigations have been completed with regard to any claims (or possible claims) of any of the parties set forth in the *List of Creditors/MasterMailing Matrix* for AP-Long Beach Airport LLC or as to any defenses (or possible defenses) thereto. Therefore, the listing does not and should not be

\\\

\\\

deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtor.

Executed this 19th day of December, 20 14, at La Mirada, California.

 

Abbey-Properties II LLC
Managing Member
  By: The Abbey Companies LLC
  Its: Managing Member
    By: Donald G. Abbey
    Its: Governing Member

Signature Page to Verified List of
Creditors/Master Mailing Matrix

360 Mechanical Systems Inc
1209 E El Segundo Blvd
El Segundo, CA 90245


4 Seasons Roofing Inc
1300 W Colegrove Ave
Montebello, CA 90640


A 1 Fence Company
2831 E LA Cresta Avenue
Anaheim, CA 92806


A 1 Lock
119 E 7th Street
Long Beach, CA 90813


AAMES Lock Safe Co
818 W Chapman Ave
Orange, CA 92868-2823


AB City Parkway LLC
14770 Firestone Blvd Suite 206
La Mirada, CA 90638


Abbey Engineering Services
14770 E Firestone Blvd Suite 206
La Mirada, CA 90638


Abbey Properties II LLC
14770 E Firestone Blvd Suite 206
La Mirada, CA 90638

Abbey Properties LLC
14770 E Firestone Blvd Suite 206
La Mirada, CA 90638


ABM Electrical Lighting Solutions
PO Box 79533
City Of Industry, CA 91716-9533


ABM Electrical Solutions Inc
152 Technology Drive
Irvine, CA 92618


ABM Electrical Solutions Inc
PO Box 79533
City of Industry, CA 91716-9533


AC Catalina Landing LLC
14770 Firestone Blvd Suite 206
La Mirada, CA 90638


Access Security Systems Corp
818 W Chapman Ave
Orange, CA 92868-2823


Acco Engineered Systems
265 McCormick Ave
Costa Mesa, CA 92626


Acco Engineered Systems
6265 San Fernando Road
Glendale, CA 91201-2214

Acoustical Material Services
PO Box 101087
Pasadena, CA 91189-1087


Allbright Window Floor Coverings
16681 Roscoe Blvd
North Hills, CA 91343


Allen Pipeline Inc
290 Grand Avenue
Monrovia, CA 91016


Allied Refrigeration
PO Box 2411
Long Beach, CA 90801


AMS America Inc
PO Box 95000 2360
Philadelphia, PA 19195-2360


Angeles Electric Co
6481 Global Drive
Cypress, CA 90630


Apollo Inspection Service Inc
1914 S Pacific Coast Hwy 208
Redondo Beach, CA 90277


Associated Soils Engineering Inc
2860 Walnut Ave
Signal Hill, CA 90755

Attorney Generals Office CA Depa
Attn Public Inquiry Unit
PO Box 944255
Sacramento, CA 94244-2550


Avalon Building Maintenance
PO Box 51865
Irvine, CA 92619-1865


Bank of America
PO Box 15731
Wilmington, DE 19886-5731


Bank of America Irv CA
5 Park Plaza Suite 500
Irvine, CA 92614-8525


Bank of America N A
5 Park Plaza
Suite 500
Irvine, CA 92614


Bank of America N A
540 West Madison Street
Chicago, IL 60661


Bank of America N A
One Financial Plaza 5th Floor
Providence, RI 02903


Bank of America SF CA
PO Box 742327
Los Angeles, CA 90074-2327

Bank of the West
12677 Alcosta Blvd
San Ramon, CA 94583


Beach Plumbing and Jetting
5202 Yale Avenue
Westminster, CA 92683


Broadway Glass Mirror Inc
2523 E Broadway
Long Beach, CA 90803


Burke Engineering Company
PO Box 3427
So El Monte, CA 91733


California Coast Plumbers Inc
4075 E LA Palma Ave Suite H
Anaheim, CA 92807


California Retrofit Inc
1375 N Brasher Street
Anaheim, CA 92807


Calvada Surveying Inc
411 Jenks Circle 205
Corona, CA 92880


Cameron Pearlson
3292 East Spring St
Long Beach, CA 90806

Campbell Technologies Inc
1439 West Chapman Ave 30
Orange, CA 92868


Cannon Design
PO Box 10006
New York, NY 10259


Carolyn Taylor Padilla
3508 Knoxville Avenue
Long Beach, CA 90808-2913


Catalina Landing Use Acca001
9530 Elder Creek Road
Long Beach, CA 90802


Chem Aqua Inc
23261 Network Place
Chicago, IL 60673


Chubb Fire Security Inc
PO Box 749757
Los Angeles, CA 90074-9757


City of Long Beach
2400 East Spring Street
Long Beach, CA 90806


City of Long Beach
3205 N Lakewood Blvd
Long Beach, CA 90808

City of Long Beach
333 W Ocean Blvd 3rd Floor
Long Beach, CA 90802-4664


City of Long Beach
400 W Broadway
Long Beach, CA 90802


City of Long Beach
PO Box 630
Long Beach, CA 90842-0001


City of Long Beach Asset Mgmt Burea
333 W Ocean Blvd 3rd Floor
Long Beach, CA 90802


Clean Up Inc
4670 S Eastern Ave
Los Angeles, CA 90040


Coastal Maintenance Inc
23052 H Alicia Parkway 297
Mission Viejo, CA 92692


Commercial Concepts Llc
3577 N Figueroa Street
Los Angeles, CA 90065


Compass Pest Management
5925 Rickenbacker Ave
Riverside, CA 92504

Complete Fire Service Inc
Po Box 3804
Tustin, CA 92781


County of LA Public Works
23757 W Valencia Blvd
Santa Clarita, CA 91355-2192


CTL Securities LLC
500 Fifth Avenue Suite 4830
New York, NY 10110


Cynthia Schneider
117 Manseau Drive
Folsom, CA 95630


Datasearch Inc
PO Box 15406
Sacramento, CA 95851


David Siegel
14770 Firestone Blvd 206
La Mirada, CA 90638


Day Lite Maintenance Company
275 S Lewis St
Orange, CA 92868


DC Environmental
3002 Dow Ave Suite 118
Tustin, CA 92780

DDM Metering Systems Inc
PO Box 23332
Ventura, CA 93002


Delaware Secretary of State
PO Box 5509
Birmingham, NY 13902-5509


Dell Marketing LP
PO Box 910916
Pasadena, CA 91110-0916


Deloitte Tax LLP
PO Box 844736
Dallas, TX 75284-4736


Deloitte Touche LLP
PO Box 844708
Dallas, TX 75284-4708


Dennis Troesh dba Robertsons
200 S Main Street
Corona, CA 92882


Department of Industrial Relat
PO Box 420603
San Francisco, CA 94142-0603


Department of the Treasury
Internal Revenue Service
Ogden, UT 84201-0005

Dept of Industrial Relations Acctng
PO Box 101322
Pasadena, CA 91189-0005


Donald G Abbey
14770 E Firestone Blvd Suite 206
La Mirada, CA 90638


Donald J Gerber
PO Box 2423
Apple Valley, CA 92307


Duthie Electric Service Corp
2335 E Cherry Industrial Cr
Long Beach, CA 90805


Dynamic Imaging
PO Box 1250
Shingle Springs, CA 95682


Eamonn Pardini
14770 E Firestone Blvd Suite 206
La Mirada, CA 90638


Elga
24910 Network Place
Chicago, IL 60673-1249


EMG Company
222 Schilling Circle Suite 275
Hunt Valley, MD 21031

Empire 3 Consulting Engineers Inc
7010 Arlington Ave Suite 205
Riverside, CA 92503


Englekirk Partners
2116 Arlington Ave
Los Angeles, CA 90018-1398


EnviroBusiness Inc
PO Box 844523
Boston, MA 02284-4523


Environ Architecture Inc
100 Oceangate Suite P 200
Long Beach, CA 90802


ET Environmental Corporation
27975 Periwinkle Lane
Valencia, CA 91354


ExxonMobil WEX Bank
PO Box 6293
Carol Stream, IL 60197-6293


FBA Engineering
3420 Irvine Avenue Suite 200
Newport Beach, CA 92660-3189


First American Title Insurance
777 S Figueroa Street 400
Los Angeles, CA 90017

Fonseca Construction
5605 Viaduct San Jacinto
Riverside, CA 92506


Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0511


Franchise Tax Board
Po Box 942857
Sacramento, CA 94257-0500


Fresh Foods Cafe Catalina Landing
340 Golden Shore 160
Long Beach, CA 90802


Gage Babcock Associates Inc
PO Box 56346
Atlanta, GA 30343


GM Bay Enterprises
5987 E Pacific Coast Hwy
Long Beach, CA 90803


Grainger
Dept 867227266
Palatine, IL 60038-0001


Granite Telecommunications LLC
PO Box 983119
Boston, MA 02298-3119

Green Energy Consultants LLC
1462 Calle de Oro
Thousand Oaks, CA 91360


Hallin and Herrera Inc
502 Chaney Street
Lake Elsinore, CA 92530


Hals Glass Co Inc
9648 E Artesia Blvd
Bellflower, CA 90706


Hanson Aggregates West
24001 Stevens Creek Blvd
Cupertino, CA 95014


Har Bro Inc
2750 Signal Parkway
Signal Hill, CA 90755


HC Integrated Systems Inc
1354 S Parkside Place
Ontario, CA 91761


Heery International Inc
11 Golden Shore Suite 550
Long Beach, CA 90802


High Rise Glass Door Inc
1515 N Kraemer Ste A
Anaheim, CA 92806

Hobbs Group LLC
225 Bush St
San Francisco, CA 94145-5173


Home Depot Credit Services
PO Box 183176
Columbus, OH 43218-3176


Home Run Software Services Inc
15562 Chemical Lane
Huntington Beach, CA 92649


Honeywell International Inc
PO Box 93078
Chicago, IL 60673-3078


HSG Inc
4845 Exposition Blvd
Los Angeles, CA 90016


HSM Electronic Protection Services
Dept CH 10651
Palatine, IL 60055-0651


I B Flooring Inc
1220 N La Loma Cir
Anaheim, CA 92806


Incorporating Services Ltd
3500 South Dupont Highway
Dover, DE 19901

Ivette Walker
310 Golden Shore Suite 300
Long Beach, CA 90802


J M Carden Sprinkler Co Inc
2909 Fletcher Drive
Los Angeles, CA 90065


Joe S Elliott
4515 W 166th St
Lawndale, CA 90260


Jose Guadalupe Delgado Torres
503 E 189th St
Carson, CA 90746


Joseph J Blake and Associates Inc
5933 W Century Boulevard Suite 12
Los Angeles, CA 90045


Judicate West
1851 E First Street Suite 1600
Santa Ana, CA 92705


Kajima Associates Inc
395 West Passaic St 3rd Floor
Rochelle Park, NJ 07662


Key Equipment Finance Inc
600 Travis Street 14th Floor
Houston, TX 77002

Kimley Horn and Associates Inc
PO Box 79384
City of Industry, CA 91716-9384


Kleinfelder Inc
PO Box 51958
Los Angeles, CA 90051-6258


Kone Inc
PO Box 429
Moline, IL 61266-0429


Lavey Roofing Services Inc
1217 E Wakeham Ave
Santa Ana, CA 92705


Law Office Dean P Sperling
114 Pacifica Suite 250
Irvine, CA 92618


LCS Constructors Inc
15205 Alton Parkway
Irvine, CA 92618


Long Beach Water Department
1800 E Wardlow Road
Long Beach, CA 90807-4931


Los Angeles County Tax Collector
PO Box 54088
Los Angeles, CA 90054-0027

Manchester Lock Security
1043 W Manchester Blvd
Inglewood, CA 90301


Mark Davis
11278 Los Alamitos Blvd Ste
Los Alamitos, CA 90720


Marketable Ventures
23440 Hawthorne Blvd Suite 205
Torrance, CA 90505


McKinley Equipment Corp
17611 Armstrong Avenue 100
Irvine, CA 92614


McMaster Carr Supply Company
PO Box 7690
Chicago, IL 60680-7690


McMurray Stern
15511 Carmenita Rd
Santa Fe Springs, CA 90670


Meier Plumbing Inc
17432 E Santa Clara Ave
Santa Ana, CA 92705


MJK Construction Inc
2766 Pomona Boulevard
Pomona, CA 91768-3222

Morgan Guaranty Trust Company of NY
60 Wall St 18th Floor
New York, NY 10260


Netpower Inc
PO Box 11025
Torrance, CA 90510


Newport Window Maintenance Inc
1601 Pomona Avenue
Costa Mesa, CA 92627


NL Services Contracts
2423 E Winston Rd
Anaheim, CA 92806


NL Services Inc
14770 Firestone Blvd Ste 206
La Mirada, CA 90638


No Rush Charge Reprographics Inc
301 East Ocean Blvd Suite 220
Long Beach, CA 90802


Norma J Chacon
2021 Plant Avenue Unit D
Redondo Beach, CA 90278


Ocean Blue Environmental Services
925 W Esther St
Long Beach, CA 90813

Onetime
835 N Rancho Drive
Long Beach, CA 90815-4735


P2S Engineering
5000 E Spring St 8th Fl
Long Beach, CA 90815


PA Arca
500 East Carson Plaza Dr Ste 201
Carson, CA 90746


Paul Hastings LLP
515 South Flower Street 25th Floor
Los Angeles, CA 90071-2228


PDG Architects
3100 Weslayan Suite 200
Houston, TX 77027


Pete Fer
PO Box 488
San Pedro, CA 90733


PFT/Alexander Service Inc
3250 E Grant St
Signal Hill, CA 90755-1233


Pilgrim Fence Co
3275 E Florence Ave
Huntington Park, CA 90255

PL Hawn Company Inc
7411 Lorge Circle
Huntington Beach, CA 92647


Praxair Services
10829 Etiwanda Ave
Fontana, CA 92337


Precision Landscape
940 Leslie Street
La Habra, CA 90631


Prestige Property Service Inc
PO Box 53275
Irvine, CA 92619-3275


Professional Associates
1626 E 4th Street Suite 200
Santa Ana, CA 92701


Quality Production Services Inc
3720 Skypark Drive
Torrance, C 90505


Quality Sweeping Inc
PO Box 4546
Covina, CA 91723


Ramiro Gonzalez
1010 W 130th St
Compton, CA 90222

Ray Lite Industries Inc
PO Box 1598
Brea, CA 92822-1598


Reliable Elevator of Los Angeles
7711 Amigos Ave Suite E
Downey, CA 90242


Retrofit Service Company Inc
8656 Utica Avenue 300
Rancho Cucamonga, CA 91730


Richard Olson
PO Box 8656
Long Beach, CA 90808-0656


Richwell Steel Inc
350 West 168th Street
Gardena, CA 90248


Robertsons Ready Mix Ltd
200 S Main St
Corona, CA 92882


Roto Rooter
3144 Long Beach Blvd
Long Beach, CA 90807


RS Construction Inc
11158 Newcastle Ave
Granada Hills, CA 91344

Scott Elevator Consultants Inc
27601 Forbes Road Suite 8
Laguna Niguel, CA 92677


Secretary of State
Po Box 944230
Sacramento, CA 94244-2300


Servicon Systems Inc
3965 Landmark St
Culver City, CA 90232


Siemens Industry Inc
PO Box 2134
Carol Stream, IL 60132-2134


Slater Waterproofing Inc
5577 Arrow Hwy Unit A
Montclair, CA 91763


South Bay Iron Inc
7618 Jefferson Street
Paramount, CA 90723


South Coast A Q M D
21865 Copley Drive
PO Box 4943
Diamond Bar, CA 91765


South Coast A Q M D
PO Box 4943
Diamond Bar, CA 91765

Southern California Building
1780 E McFadden Ave Suite 113
Santa Ana, CA 92705

Southern California Edison
PO Box 300
Rosemead, CA 91772-0001

Span Construction Engineering
1841 Howard Road
Madera, CA 93637

Specialty Doors Automation
230 Nevada St
El Segundo, CA 90245

Spectrum Glass & Mirror Inc
10635 W Vanowen Street
Burbank, CA 91505

Stanley Convergent Security
Dept Ch 10651
Palatine, IL 60055

Stapleton Group
514 Via De La Valle Ste 206
Solana Beach, CA 92075

State Board of Equalization
PO Box 942879
Sacramento, CA 94279-3535

State of Delaware
PO Box 74072
Baltimore, MD 21274-4072


State Street Bank and Trust Company
As Trustee for J P Morgan Commerci
2 Ave De Lafayette State St Corp
Boston, MA 02111


State Water Resources Control Board
320 West 4th St Suite 200
Los Angeles, CA 90013


Sundown Lighting Inc
PO Box 79533
City of Industry, CA 91716-9533


Sunwest Engineering Constructors
4780 Cheyenne Way
Chino, CA 91710


Tait Associates Inc
PO Box 11118
Santa Ana, CA 92711-1118


Terminix
11552 Knott Street Units C 8 C 9
Garden Grove, CA 92841


Terminix Processing Center
PO Box 742592
Cincinnati, OH 45274-2592

The Abbey Companies
14770 E Firestone Blvd Suite 206
La Mirada, CA 90638


The Abbey Management Co LLC
14770 E Firestone Blvd Suite 206
La Mirada, CA 90638


The Lock Shop/A 1 Lock
119 E 7th St
Long Beach, CA 90813


The Rule Company Inc
PO Box 7072
Pasadena, CA 91109


Thyssenkrupp Elevator
PO Box 933004
Atlanta, GA 31193


Todd Kela
3742 Stevely Ave
Long Beach, CA 90808


Total Access Security Systems Corp
818 W Chapman Ave
Orange, CA 92868-2823


Tri County Fire Equipment
PO Box 7106
Orange, CA 92863

Triple Crown Insurance
6151 Fairmount Ave Ste 211
San Diego, CA 92120


U S Bank
209 South Lasalle Street
Suite 300
Chicago, IL 60604


U S Bank
PO Box 790401
Saint Louis, MO 63179-0401


U S Bank National Association
209 South Lasalle Street
Suite 300
Chicago, IL 60604


U S Bank National Association
633 W Fifth Street 29th Floor
Los Angeles, CA 90071

United Fueling Systems
2070 E Washington Blvd
Pasadena, CA 91104


United Pacific Waste
PO Box 908
Pico Rivera, CA 90660


United Pumping Service Inc
14000 E Valley Blvd
City of Industry, CA 91746-2801

Universal Building Maintenance LLC
1552 N Tustin Avenue Suite 650
Santa Ana, CA 92705


Universal Building Maintenance Llc
PO Box 101032
Pasadena, CA 91189-1032


Universal Protection Service LP
PO Box 101034
Pasadena, CA 91189-1034


US Air Conditioning Distributors
PO Box 1111
La Puente, CA 91749-1111


Verizon California
PO Box 920041
Dallas, TX 75392-0041


Verizon Communications
PO Box 920041
Dallas, TX 75392-0041


Vortex Industries Inc
File 1095
1801 W Olympic Blvd
Pasadena, CA 91199-1095


W S K Sons
34455 Sunlight Dr
Yucaipa, CA 92399

Waste Management LA Metro
PO Box 541065
Los Angeles, CA 90054-1065


Wells Fargo Bank N A
PO Box 2705
Winston-Salem, NC 27101-0101


Western Fence and Supply Co
dba Pilgrim Fence Co
2652 Fair Oaks Avenue
Altadena, CA 91001


William Lee Rybacek
994 Grove Place
Costa Mesa, CA 92627


Williams Aviation Consultants Inc
8490 South Power Road 105 181
Gilbert, AZ 85297


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812-2952


Employment Development Dept
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

State Board of Equalization
Account Info Group – MIC: 29
PO Box 942879
Sacramento, CA 94279-0029


Los Angeles County Tax Collector
PO Box 54110
Los Angeles, CA 90054-0110


Securities and Exchange Commission
5670 Wilshire Blvd
11th Floor
Los Angeles, CA 90036