IRELL & MANELLA LLP
Alan J. Friedman (State Bar No. 132580)
afriedman@irell.com
Kerri A. Lyman (State Bar No. 241615)
klyman@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324

Telephone:    (949) 760-0991
Facsimile:    (949) 760-5200

*Attorneys for AP-Long Beach Airport LLC*

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>AP-LONG BEACH AIRPORT LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor in Possession. | Case No. 2:14-bk-33372-VZ<br><br>Chapter 11<br><br>**NOTICE OF HEARING RE: MOTION FOR INTERIM AND FINAL ORDERS (A) AUTHORIZING POSTPETITION FINANCING PURSUANT TO SECTION 364 OF THE BANKRUPTCY CODE, (B) GRANTING LIENS TO POSTPETITION LENDER PURSUANT TO SECTION 364 OF THE BANKRUPTCY CODE, AND (C) AUTHORIZING USE OF CASH COLLATERAL PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE**<br><br>DATE: February 24, 2015<br>TIME: 1:45 p.m.<br>PLACE: Courtroom 1368 |

  **PLEASE TAKE NOTICE** that Debtor will file a *Motion for Interim and Final Orders (A) Authorizing Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (B) Granting*

#3271892

1 | *Liens to Postpetition Lender Pursuant to Section 364 of the Bankruptcy Code, and (C) Authorizing*
2 | *Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code; Memorandum of Points*
3 | *and Authorities; Declaration of Donald G. Abbey in Support Thereof* (the "Motion") no later than
4 | Friday, February 20, 2015 at 4:00 p.m.

5 | **PLEASE TAKE FURTHER NOTICE** that the hearing to consider the Motion will take
6 | place before the Honorable Vincent P. Zurzolo, Courtroom 1368, Edward R. Roybal Federal
7 | Building and U.S. Courthouse, 255 East Temple Street, Los Angeles, California 90012, on
8 | February 24, 2015 at 1:45 p.m., prevailing Pacific time.

9 | **PLEASE TAKE FURTHER NOTICE** that the deadline to file an objection to the
10 | Motion is February 24, 2015, at 10:00 a.m., prevailing Pacific time.

11 | **PLEASE TAKE FURTHER NOTICE** that a copy of the Order setting hearing on
12 | shortened notice is attached hereto as Exhibit "1."

14 | DATED: February 19, 2015     IRELL & MANELLA LLP

16 | */s/ Kerri A. Lyman*
Alan J. Friedman
Kerri A. Lyman
Attorneys for AP-Long Beach Airport LLC

3277197.1

- 2 -

Case 2:14-bk-33372-VZ    Doc 112    Filed 02/19/15    Entered 02/19/15 09:28:17    Desc
Main Document    Page 3 of 11

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "1"

3277197.1

- 3 -

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| IRELL & MANELLA LLP<br>Alan J. Friedman (State Bar No. 132580)<br>afriedman@irell.com<br>Kerri A. Lyman (State Bar No. 241615)<br>klyman@irell.com<br>840 Newport Center Drive, Suite 400<br>Newport Beach, California 92660-6324<br>Telephone: (949) 760-0991<br>Facsimile: (949) 760-5200<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor | **FILED & ENTERED**<br><br>FEB 19 2015<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY johnson  DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –LOS ANGELES DIVISION**

| In re:<br><br>AP-LONG BEACH AIRPORT LLC, a Delaware limited liability company<br><br><br>Debtor(s). | CASE NO.: 2:14-bk-33372-VZ<br>CHAPTER: 11<br><br>**ORDER:**<br><br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>**[LBR 9075-1(b)]** |
|---|---|
| **Movant** (*name*): Debtor | |

1. Movant **will file** the following motion together with supporting declarations and (if any) supporting documents:

    a. *Title of motion*: Motion for Interim and Final Orders (A) Authorizing Postpetition Financing; (B) Granting Liens; and (C) Authorizing Use of Cash Collateral .

    b. *Date of filing of motion:* **[to be filed no later than 2/20/15]**

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

    *Date of filing of Application:* 2/18/2015

3. Based upon the court's review of the application, it is ordered that:

    a. ☐ The Application is denied. The motion may be brought on regular notice pursuant to LBRs.

    b. ☒ The Application is granted, and it is further ordered that:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                                    Page 1                        F 9075-1.1.ORDER.SHORT.NOTICE

(1) ☒ A hearing on the motion will take place as follows:

| Hearing date: 2/24/2015 | Place: |
|---|---|
| Time: 1:45 p.m. | ☒ 255 East Temple Street, Los Angeles, CA 90012 |
| Courtroom: 1368 | ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 |
| | ☐ 3420 Twelfth Street, Riverside, CA 92501 |
| | ☐ 411 West Fourth Street, Santa Ana, CA 92701 |
| | ☐ 1415 State Street, Santa Barbara, CA 93101 |

(2) ☒ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| (A) *Deadlines:* | (B) *Persons/entities to be provided with telephonic notice:* |
|---|---|
| Date: 2/19/2015 | Counsel for the Receiver, Counsel for all secured creditors |
| Time: 12:00 noon | |
| | (C) *Telephonic notice is also required upon* the United States trustee |

(3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:   ☒ one of the methods checked   ☐ all of the methods checked

(A) ☒ Personal Delivery   ☐ Overnight Mail   ☐ First class mail   ☐ Facsimile*   ☒ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with written notice and a copy of this order:* |
|---|---|
| **Notice of Hearing** | Counsel for the Receiver, |
| Date: 2/19/2015 | Counsel for all secured creditors |
| Time: 12:00 noon | |
| **Copy of Order** | (D) *Service is also required upon*: |
| Date: 2/20/2015 | -- United States trustee *(electronic service is not permitted)* |
| Time: 4:00 p.m. | -- Judge's copy personally delivered to chambers |
| | (*see Court Manual for address*) |

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using:   ☒ one of the methods checked   ☐ all of the methods checked

(A) ☒ Personal Delivery   ☐ Overnight Mail   ☐ First Class Mail   ☐ Facsimile*   ☒ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with motion, declarations, supporting documents:* |
|---|---|
| Date: 2/20/2015 | Counsel for the Receiver, |
| Time: 4:00 p.m. | Counsel for all secured creditors |
| | (D) *Service is also required upon*: |
| | -- United States trustee *(no electronic service permitted)* |
| | -- Judge's copy personally delivered to chambers |
| | (*see Court Manual for address*) |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                                    Page 2                          F 9075-1.1.ORDER.SHORT.NOTICE

(5) ☒ Regarding **opposition to the motion**

☐ opposition to the motion may be made **orally** at the hearing

☒ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

(A) ☒ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☒ Email*

| (B) <u>Deadlines:</u><br>Date: 2/24/2015<br><br>Time: 10:00 a.m. | (C) <u>Persons/entities to be served with written opposition to the motion:</u><br>-- movant's attorney<br><br>(D) <u>Service is also required upon</u>:<br>-- United States trustee (*electronic service is not permitted*)<br>-- Judge's copy personally delivered to chambers<br>(*see Court Manual for address*) |
|---|---|

(6) ☒ Regarding a **reply to an opposition:**

☒ a reply to opposition may be made **orally** at the hearing.

(7) ☒ Other requirements:
(A) **The motion and supporting declarations must provide information required by the FRBP and LBR to support continued use of cash collateral.**
(B) **If this Order Setting Hearing on Shortened Notice is not entered in time for it to be served with the written notice of hearing, it may be served by the deadline set for serving the motion.**

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

| ☐ at least 2 days before the hearing. |
|---|
| ☒ no later than:    Date: 2/24/2015    Time: 10:00 a.m. |

* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: February 19, 2015

Vincent P. Zurzolo
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013    Page 3    F 9075-1.1.ORDER.SHORT.NOTICE

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **840 Newport Center Drive, Suite 400, Newport Beach, California 92660-6324**

A true and correct copy of the foregoing document described as **NOTICE HEARING RE: MOTION FOR INTERIM AND FINAL ORDERS (A) AUTHORIZING POSTPETITION FINANCING PURSUANT TO SECTION 364 OF THE BANKRUPTCY CODE, (B) GRANTING LIENS TO POSTPETITION LENDER PURSUANT TO SECTION 364 OF THE BANKRUPTCY CODE, AND (C) AUTHORIZING USE OF CASH COLLATERAL PURSUANT TO SECTION 363 OF THE BANKRUPTCY** as will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 19, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ **Service information continued on attached page**

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On **February 19, 2015**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ **Service information continued on attached page**

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **February 19, 2015**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒ **Service information continued on attached page**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 19, 2015 | Lori Gauthier | _/s/ Lori Gauthier_ |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

3277197.1

- 4 -

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING("NEF")**

- Alan J Friedman    afriedman@irell.com
- Steven T Gubner    sgubner@ebg-law.com, ecf@ebg-law.com
- Marsha A Houston    mhouston@reedsmith.com
- Elan S Levey    elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- Kerri A Lyman    klyman@irell.com
- Michael P McMahon    mmcmahon@irell.com, mick.p.mcmahon@gmail.com
- Reed M Mercado    rmercado@sheppardmullin.com
- Kelly L Morrison    kelly.l.morrison@usdoj.gov
- Geoffrey T Sawyer    gsawyer@weildrage.com
- Todd M Schwartz    toddschwartz@paulhastings.com, marccarmel@paulhastings.com;michellecline@paulhastings.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Jasmin Yang    jyang@swlaw.com, jmacneil@swlaw.com

**SERVED VIA MESSENGER/ATTY SERVICE**

Honorable Vincent Zurzolo
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1360 / Courtroom 1368
Los Angeles, CA 90012

**Office of the U.S. Trustee**
Attn: Kelly L. Morrison
915 Wilshire Boulevard
Suite 1850
Los Angeles, CA 90017

**SERVED VIA OVERNIGHT MAIL**

**Debtor**
AP-Long Beach Airport LLC
Attn: Donald G. Abbey
14770 Firestone Blvd, Suite 206
La Mirada, CA 90638

3277197.1

- 5 -

| | |
|---|---|
| 1 | **20 Largest (per amended list filed 1/12/15):** |
| 2 | Environ Architecture, Inc.<br>Attn: Authorized Agent |
| 3 | 100 Oceangate<br>Suite P-200 |
| 4 | Long Beach, CA 90802 |
| 5 | |
| | Southern California Edison |
| 6 | Attn: Mary Greene or Authorized Agent<br>PO Box 300 |
| 7 | Rosemead, CA 91772-0001 |
| 8 | Murchison Consulting<br>Attn: Mike Murchison |
| 9 | 3333 E Spring St, Ste. 204<br>Long Beach, CA 90806 |
| 10 | |
| 11 | Granite Telecommunications LLC<br>Attn: M. Long or Authorized Agent<br>PO Box 983119 |
| 12 | Boston, MA 02298-3119 |
| 13 | Meier Plumbing, Inc.<br>Attn: Authorized Agent |
| 14 | 17432 E. Santa Clara Ave<br>Santa Ana, CA 92705 |
| 15 | |
| 16 | DC Environmental<br>Attn: A. Baker or Authorized Agent |
| 17 | 3002 Dow Ave, Suite 118<br>Tustin, CA 92780 |
| 18 | |
| 19 | Universal Building Maintenance LLC<br>Attn: Authorized Agent<br>1551 N. Tustin Avenue, Suite 650 |
| 20 | Santa Ana, CA 92705 |
| 21 | ABM Electrical Solutions, Inc.<br>Attn: Angelica Hernandez or Authorized Agent |
| 22 | 152 Technology Drive<br>Irvine, CA 92618 |
| 23 | |
| 24 | Coastal Maintenance Inc.<br>Attn: S. Diaz or Authorized Agent |
| 25 | 23052-H Alicia Parkway, #297<br>Mission Viejo, CA 92692 |
| 26 | Total Access Security Systems Corp.<br>Attn: Authorized Agent |
| 27 | 818 W. Chapman Ave<br>Orange, CA 92868-2823 |
| 28 | |

3277197.1

- 6 -

**SECURED PARTIES:**

U.S. Bank National Association
Sheppard Mullin Richter & Hampton LLP
Attn: D. McCarty, Esq/M. Mercado, Esq.
650 Town Center Drive, 4th Floor
Costa Mesa, CA 92626

U.S. Bank National Association
Sheppard Mullin Richter & Hampton LLP
Attn: M. Reed Mercado, Esq.
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422

**PARTIES REQUESTING SPECIAL NOTICE:**

Attorneys for the Abbey Companies
Marc J. Carmel, Esq.
Paul Hastings LLP
71 South Wacker Drive, Suite 4500
Chicago, IL 60606

Attorneys for the Abbey Companies
Todd M. Schwartz, Esq.
Paul Hastings LLP
1117 S. California Avenue
Palo Alto, CA 94304

Attorneys for Bank of America, N.A.
Jasmin Yang, Esq.
Snell & Wilmer LLP
350 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

Attorneys for U.S. Attorney's Office
Attn: Stephanie Yonekura/Leon W. Weidman, Elan S. Levey
U.S. Attorney's Office
300 N. Los Angeles St., Room 7516
Los Angeles, CA 90012

Attorneys for Environ Architecture, Inc.
Attn: Jacqueline Pons-Bunney, Geoffrey T. Sawyer, Brian P. Roteliuk
Weil & Drage, APC
23212 Mill Creek Drive
Laguna Hills, CA 92653

Marsha A. Houston, Esq./Christopher O. Rivas, Esq.
Reed Smith LLP
355 S. Grand Avenue, Suite 2900
Los Angeles, CA 90071

3277197.1

- 7 -

1  Steven T. Gubner, Esq.
   Ezra Brutzkus Gubner LLP
2  21650 Oxnard Street, Suite 500
   Woodland Hills, CA 91367
3
   **SERVED VIA E-MAIL**
4

5  U.S. Bank National Association - rmercado@sheppardmullin.com; dmccarty@sheppardmullin.com

6  Receiver – Stapleton Group - david@stapletoninc.com

7  Jason.gott@kirkland.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3277197.1                                    - 8 -