# EXHIBIT "2"

AP - Long Beach Airport

# DRAFT

|  | 12/19/14 | Jan-15 | Feb-15 | Mar-15 | Total |
|---|---|---|---|---|---|
| **I. Beginning Cash** | 461,544 | 461,544 | 570,925 | 708,226 | |
| **II. Plus Receipts** | | | | | |
| Accounts Receivable Collection | | 222,356 | 222,356 | 222,356 | 667,068 |
| Total Receipts | | 222,356 | 222,356 | 222,356 | 667,068 |
| **III. Less Disbursements** | | | | | |
| Elevators | | (264) | (264) | (6,864) | (7,392) |
| Fire, Life, & Safety | | (4,923) | (4,923) | (4,923) | (14,769) |
| Utilities | | (19,245) | (19,245) | (19,245) | (57,735) |
| So. Cal Edison Deposit | | (21,530) | | | (21,530) |
| City of Long Beach Gas & Oil | | (2,000) | | | (2,000) |
| City of Long Beach Water Dept. | | (250) | | | (250) |
| HVAC | | | (735) | | (735) |
| Lot, Landscape & Trash | | (1,577) | (1,577) | (1,577) | (4,731) |
| Repair & Maintenance | | (1,600) | (1,600) | (1,600) | (4,800) |
| Insurance | | (4,711) | (4,711) | (4,711) | (14,133) |
| Property Tax | | | | (85,711) | (85,711) |
| Receiver Fees | | (15,000) | (15,000) | (15,000) | |
| Tenant Expense | | (32,000) | (32,000) | (32,000) | (96,000) |
| Miscellaneous | | (5,000) | (5,000) | (5,000) | (15,000) |
| US Trustee Fees | | (4,875) | | | (4,875) |
| Total Disbursements | | (112,975) | (85,055) | (176,631) | (374,661) |
| **IV. Net Change in Cash** | | 109,381 | 137,301 | 45,725 | |
| **V. Ending Cash** | 461,544 | 570,925 | 708,226 | 753,951 | |
| **VI. Unsecured Creditors Payables** | | | | | (131,690) |

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **840 Newport Center Drive, Suite 400, Newport Beach, California 92660-6324**

A true and correct copy of the foregoing document described as **MOTION FOR INTERIM AND FINAL ORDERS (A) AUTHORIZING POSTPETITION FINANCING PURSUANT TO SECTION 364 OF THE BANKRUPTCY CODE, (B) GRANTING LIENS TO POSTPETITION LENDER PURSUANT TO SECTION 364 OF THE BANKRUPTCY CODE, AND (C) AUTHORIZING USE OF CASH COLLATERAL PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF DONALD G. ABBEY IN SUPPORT THEREOF** as will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 20, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ **Service information continued on attached page**

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **February 20, 2015**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ **Service information continued on attached page**

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **February 20, 2015**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒ **Service information continued on attached page**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

February 20, 2015    Lori Gauthier    _[signature]_
_Date_    _Type Name_    _Signature_

3280856.1 01

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING("NEF")**

- Alan J Friedman     afriedman@irell.com
- Steven T Gubner     sgubner@ebg-law.com, ecf@ebg-law.com
- Marsha A Houston    mhouston@reedsmith.com
- Elan S Levey    elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- Kerri A Lyman    klyman@irell.com
- Michael P McMahon    mmcmahon@irell.com, mick.p.mcmahon@gmail.com
- Reed M Mercado    rmercado@sheppardmullin.com
- Kelly L Morrison    kelly.l.morrison@usdoj.gov
- Geoffrey T Sawyer    gsawyer@weildrage.com
- Todd M Schwartz    toddschwartz@paulhastings.com, marccarmel@paulhastings.com;michellecline@paulhastings.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Jasmin Yang    jyang@swlaw.com, jmacneil@swlaw.com

**SERVED VIA MESSENGER/ATTY SERVICE**

Honorable Vincent Zurzolo
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1360 / Courtroom 1368
Los Angeles, CA 90012

**Office of the U.S. Trustee**
Attn: Kelly L. Morrison
915 Wilshire Boulevard
Suite 1850
Los Angeles, CA 90017

**SERVED VIA OVERNIGHT MAIL**

**Debtor**
AP-Long Beach Airport LLC
Attn: Donald G. Abbey
14770 Firestone Blvd, Suite 206
La Mirada, CA 90638

3280856.1 01

- 2 -

**20 Largest (per amended list filed 1/12/15):**

Environ Architecture, Inc.
Attn: Authorized Agent
100 Oceangate
Suite P-200
Long Beach, CA 90802

Southern California Edison
Attn: Mary Greene or Authorized Agent
PO Box 300
Rosemead, CA 91772-0001

Murchison Consulting
Attn: Mike Murchison
3333 E Spring St, Ste. 204
Long Beach, CA 90806

Granite Telecommunications LLC
Attn: M. Long or Authorized Agent
PO Box 983119
Boston, MA 02298-3119

Meier Plumbing, Inc.
Attn: Authorized Agent
17432 E. Santa Clara Ave
Santa Ana, CA 92705

DC Environmental
Attn: A. Baker or Authorized Agent
3002 Dow Ave, Suite 118
Tustin, CA 92780

Universal Building Maintenance LLC
Attn: Authorized Agent
1551 N. Tustin Avenue, Suite 650
Santa Ana, CA 92705

ABM Electrical Solutions, Inc.
Attn: Angelica Hernandez or Authorized Agent
152 Technology Drive
Irvine, CA 92618

Coastal Maintenance Inc.
Attn: S. Diaz or Authorized Agent
23052-H Alicia Parkway, #297
Mission Viejo, CA 92692

Total Access Security Systems Corp.
Attn: Authorized Agent
818 W. Chapman Ave
Orange, CA 92868-2823

**SECURED PARTIES:**

U.S. Bank National Association
Sheppard Mullin Richter & Hampton LLP
Attn: D. McCarty, Esq/M. Mercado, Esq.
650 Town Center Drive, 4th Floor
Costa Mesa, CA 92626

U.S. Bank National Association
Sheppard Mullin Richter & Hampton LLP
Attn: M. Reed Mercado, Esq.
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422

**PARTIES REQUESTING SPECIAL NOTICE:**

Attorneys for the Abbey Companies
Marc J. Carmel, Esq.
Paul Hastings LLP
71 South Wacker Drive, Suite 4500
Chicago, IL 60606

Attorneys for the Abbey Companies
Todd M. Schwartz, Esq.
Paul Hastings LLP
1117 S. California Avenue
Palo Alto, CA 94304

Attorneys for Bank of America, N.A.
Jasmin Yang, Esq.
Snell & Wilmer LLP
350 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

Attorneys for U.S. Attorney's Office
Attn: Stephanie Yonekura/Leon W. Weidman, Elan S. Levey
U.S. Attorney's Office
300 N. Los Angeles St., Room 7516
Los Angeles, CA 90012

Attorneys for Environ Architecture, Inc.
Attn: Jacqueline Pons-Bunney, Geoffrey T. Sawyer, Brian P. Roteliuk
Weil & Drage, APC
23212 Mill Creek Drive
Laguna Hills, CA 92653

Marsha A. Houston, Esq./Christopher O. Rivas, Esq.
Reed Smith LLP
355 S. Grand Avenue, Suite 2900
Los Angeles, CA 90071

3280856.1 01

- 4 -

| | |
|---|---|
| 1 | Steven T. Gubner, Esq.<br>Ezra Brutzkus Gubner LLP |
| 2 | 21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367 |
| 3 | |
| 4 | **SERVED VIA E-MAIL** |
| 5 | U.S. Bank National Association - rmercado@sheppardmullin.com; dmccarty@sheppardmullin.com |
| 6 | Receiver – Stapleton Group - david@stapletoninc.com |
| 7 | Jason.gott@kirkland.com |

3280856.1 01

- 5 -